# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, *Plaintiff,* v. U.S. FISH AND WILDLIFE SERVICE, et al., *Defendants.* | Case No. 1:25-cv-00903-ABJ **AFFIDAVIT OF SERVICE** |

Pursuant to Fed. R. Civ. P. 4, the undersigned counsel hereby certifies that service for the above-captioned case took place as described below.

On April 2, 2025, copies of the Complaint, Summons, and other case initiating documents were sent via USPS Certified Mail, electronic return receipt requested, to the following parties:

> DOUG BURGUM, Secretary of the Interior
> U.S. Department of the Interior
> 1849 C Street NW
> Washington, DC 20240
> (Tracking No. 9414811899560193084114)
>
> U.S. FISH AND WILDLIFE SERVICE
> 1849 C Street NW
> Washington, DC 20240
> (Tracking No. 9414811899560193084121)
>
> PAUL SOUZA, Acting Director
> U.S. Fish and Wildlife Service
> 1849 C Street NW
> Washington, DC 20240
> (Tracking No. 9414811899560193084022)

PAM BONDI, Attorney General
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
(Tracking No. 9414811899560193086309)

U.S. ATTORNEY c/o CIVIL PROCESS CLERK
United States Attorney's Office
601 D Street NW
Washington, DC 20579
(Tracking No. 9414811899560193084091)

Defendants DOUG BERGUM, U.S. FISH AND WILDLIFE SERVICE, and PAUL SOUZA received the documents on April 7, 2025. The Office of the ATTORNEY GENERAL and the Office of the U.S. ATTORNEY received the documents on April 11, 2025. Receipts and delivery confirmation verifying the above information are attached hereto as Exhibit 1.

On April 16, 2025, I caused to be served copies of this AFFIDAVIT OF SERVICE on the defendants DOUG BERGUM, U.S. FISH AND WILDLIFE SERVICE, PAUL SOUZA, ATTORNEY GENERAL, and the U.S. ATTORNEY by placing true and correct copies thereof in sealed envelopes and sent the copies via USPS Certified Mail.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 16, 2025                    Respectfully submitted,

*/s/ Camila Cossío*
Camila Cossío (D.C. Bar No. OR0026)
Center for Biological Diversity
P.O. Box 11374
Portland, OR 97211
Phone: 971-717-6427
ccossio@biologicaldiversity.org

*Attorney for Plaintiff*